UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JAMES STATEN,

    Plaintiff,

v.

LATOYA BERRY and
DR. JAMES CUENO,

    Defendants.

Case No. 11-cv-269-JPG-DGW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**DATED: April 18, 2011**        NANCY J. ROSENSTENGEL, Clerk of Court

        s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**